FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 MAR -7 AM 9:22

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:14-CR-408-1 |
| ) | |
| GERALD PATILLA, ) | |
| ) | |
| Defendant. ) | |

### ORDER

The United States of America has moved the Court for an Order directing that funds seized from the Defendant Gerald Patilla ("Defendant") during the investigation of his criminal activity, and since held by the Federal Bureau of Investigation ("FBI"), be turned over by the FBI to the Clerk of Court and applied to the Defendant's outstanding restitution debt.

This Court, having considered the matter, grants the United States' motion and orders as follows:

IT IS ORDERED that the FBI, Savannah Resident Agency, in Savannah, Georgia shall convert the eighty dollars ($80.00) and ninety-one dollars ($91.00) in cash seized from Defendant (Evidence number 46H-AT-107815-1B1 and 46H-AT-107815-1B2) to a check or other negotiable instrument and deliver said instrument to the Clerk of Court, Southern District of Georgia, 125 Bull Street, Savannah, GA 31401, within fifteen days of the date of this Order.

The instrument shall be made payable to "Clerk, U.S. District Court" and bear

the notation "Patilla - 4:14-CR-408-1."

IT IS ORDERED that the Clerk of the United States District Court for the Southern District of Georgia shall accept said delivery of funds from the FBI and apply those funds to the Defendant's outstanding restitution in accordance with the priority and schedule set forth in the criminal judgment (Doc. 13).

ORDER ENTERED this 6th day of March, 2018.

HON. WILLIAM T. MOORE, JR.
U.S. DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA